UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCOS VASQUEZ-PINEDA,

    Petitioner,

v.

UNITED STATES OF AMERICA, et al.,

    Respondents.

Case No. C13-2309 RSL-BAT

**REPORT AND RECOMMENDATION**

Petitioner is a citizen of El Salvador, who is currently being detained without bond at the Northwest Detention Center in Tacoma. Dkt. 1 at 1. Through counsel, petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, asking the Court to direct the Tacoma Immigration Court to provide him with a new bond redetermination hearing. *Id.* at 2. The Court directed that respondents be served and that respondents file a return as provided in 28 U.S.C. § 2243, explaining why the Court should not grant the petition. Dkt. 2.

In lieu of respondents filing a return, the parties have filed a joint stipulation that petitioner will be given a bond hearing before an immigration judge under 8 U.S.C. § 1226(a). Dkt. 5 at 1. The parties ask the Court to issue an order instructing the Executive Office for Immigration Review ("EOIR") to hold the bond hearing under § 1226(a) no later than thirty (30) days from entry of the Court's order. *Id.* The parties further stipulate that upon the Court's order

REPORT AND RECOMMENDATION- 1

to hold the bond hearing, this action should be voluntarily dismissed without costs or fees to either party. *Id.*

Based on the parties' stipulation, the Court recommends entering an Order (1) directing EOIR to hold a bond hearing for petitioner pursuant to 8 U.S.C. § 1226(a), no later than thirty (30) days from the entry of the Order; and (2) voluntarily dismissing this action without costs or fees to either party. A proposed order accompanies this Report and Recommendation.

The Clerk should note the matter for January 24, 2014, as ready for the District Judge's consideration.

DATED this 24th day of January, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2