13-CV-02309-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCOS VASQUEZ-PINEDA, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Respondents. | Case No. C13-2309 RSL-BAT <br><br> **ORDER OF DISMISSAL** |

Having reviewed the parties' joint stipulation, Dkt. 5, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. The Executive Office for Immigration Review shall hold the bond hearing for petitioner pursuant to 8 U.S.C. § 1226(a) no later than thirty (30) days from the date of this Order.

3. The action is voluntarily DISMISSED without costs or fees to either party.

The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3rd day of Feb., 2014.

ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL- 1